UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| JOAN M. SCOTT, | ) | Case No. 05-63291-SPS |
| | ) | |
| Debtor. | ) | Hon. Susan Pierson Sonderby |

**Trustee's Final Report**

To:  The Honorable Susan Pierson Sonderby
     United States Bankruptcy Judge

NOW COMES Joseph A. Baldi, Trustee, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1.  The Petition commencing this case was filed on November 2, 2005. Joseph A. Baldi, Trustee was appointed Trustee on the November 2, 2005. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2.  The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtor's discharge. The trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3.  The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $0.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.  A summary of the trustee's final account as of April 4, 2007 is as follows:
    a.  RECEIPTS (See Exhibit C)                                    $13,368.72
    b.  DISBURSEMENTS (See Exhibit C)                                   $315.79
    c.  NET CASH available for distribution                         $13,052.93
    d.  TRUSTEE/PROFESSIONAL COSTS:
        1.  Trustee compensation requested                           $2,056.40
        2.  Trustee Expenses                                             $0.00

        3.     Compensation requested by attorney or other professionals for trustee

        (a.)   Joseph A. Baldi & Associates, P.C.                           $4,951.00
              *Attorney for Trustee Fees (Trustee Firm)*

        (b.)   Joseph A. Baldi & Associates, P.C.                                $21.33
              *Attorney for Trustee Expenses (Trustee Firm)*

5.     The Bar Date for filing unsecured claims expired on June 20, 2006.

6.     All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---:|
| a. | Allowed unpaid secured claims | $0.00 |
| b. | Chapter 7 administrative claims and 28 U.S.C. §1930 claims | $7,028.73 |
| c. | Allowed Chapter 11 administrative Claims | $0.00 |
| d. | Allowed priority claims | $0.00 |
| e. | Allowed unsecured claims | $5,780.69 |

7.     Trustee proposes that unsecured creditors receive a distribution of 100.00% of allowed claims, plus interest.

8.     The compensation previously awarded to Trustee's counsel, accountants or other professionals, and the compensation requested but not yet allowed is as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---:|---:|---:|
| Joseph A. Baldi & Associates, P.C. (*Attorney for Trustee,, Trustee Firm*) | $0.00 | $4,951.00 | $21.33 |

9.     A fee of $1,000.00 was paid to Debtor's Counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE,** the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report, and for such other relief as the Court shall deem proper.

                                                  Respectfully Submitted

DATE: May 2, 2007                                               /s/
                                                        Joseph A. Baldi, Trustee
                                                        Suite 1500
                                                       19 South LaSalle Street
                                                        Chicago, IL  60603

**Trustee's Final Report**  **Joan M. Scott**
**Case No. 05-63291**

**Tasks Completed by Trustee**

**Exhibit A**

# EXHIBIT A
## TASKS PERFORMED BY TRUSTEE

    A.    Trustee reviewed the Debtor's Schedule of Assets and Liabilities and Statements of financial Affairs; Trustee conducted an examination of the Debtor at the Section 341 meeting of creditors;

    B.    At the Debtor's Section 341 meeting, Trustee discovered that the Debtor failed to schedule a parcel of improved real property commonly known as 8942 S. Marshfield, Chicago, IL ("Property") that the Debtor owned with her husband; Trustee learned that the Property was not encumbered and was of value and benefit to the Estate; Trustee supervised his attorneys, contacted the Debtor to discuss the Property and make arrangements for the disposition of the Property; over an extended period, the Debtor did not cooperate with Trustee, did not amend her Schedules to list the Property and did not otherwise enable him to administer the Property—and, Debtor filed a chapter 13 plan and a Motion to convert this case to one under chapter 13 but this Court failed to grant the Motion to Convert;

    C.    During the ten month period that Trustee sought to dispose of the Property, the Trustee filed four (4) motions to extend the time to object to discharge in order to protect the interests of the Estate and its creditors; Trustee ultimately negotiated with the Debtor for a sale of the Estate's right, title and interest in the Property; pursuant to this Court's order, Trustee recovered gross proceeds of $13,000 for the benefit of the Estate;

    D.    Trustee invested and accounted for all funds received by the Estate and set up and maintained all bank accounts for the Estate;

    E.    Trustee set up and maintained a computerized case management system for the Estate in order to efficiently keep track of records relating to the Estate's case history, assets, claims and banking activities;

    F.    Trustee prepared semi-annual reports required by the United States Trustee and met with representatives of the U.S. Trustee regarding the administration and status of the case;

    G.    Trustee examined proofs of claim filed against the Estate; Trustee analyzed the Debtor's claim for exemptions and distributed to Debtor on account of her claimed auto exemption;

    H.    Trustee analyzed and addressed the tax matters for the Estate;

    I.    Trustee otherwise administered this Estate and directed the allocation, liquidation and distribution of assets to creditors herein.

**EXHIBIT A**

**Trustee's Final Report**  **Joan M. Scott**
**Case No. 05-63291**

Form I

Individual Estate Property Record and Report

Exhibit B

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No:       05-63291      SPS    Judge: Susan Pierson Sonderby                Trustee Name:              Joseph A. Baldi, Trustee
Case Name:     SCOTT, JOAN M                                                     Date Filed (f) or Converted (c):  11/02/05 (f)
                                                                                 341(a) Meeting Date:       01/23/06
For Period Ending: 04/04/07                                                      Claims Bar Date:           06/20/06

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Automobiles and Other Vehicles | 2,950.00 | 0.00 | | 304.88 | FA |
| 2001 Ford Focus - stay lifted, vehicle sold by Ford, realized $304.88 surplus, returned to debtor as exempt property. | | | | | |
| 2. Real Property (u) | 0.00 | Unknown | | 13,000.00 | Unknown |
| 8942 S. Marshfield, Chicago, IL - debtor's homestead owned in joint tenancy with non-debtor husband.  NOT scheduled Value between $100,000 and $130,000 | | | | | |
| 3. Bank Accounts | 0.00 | 0.00 | | 0.00 | FA |
| Bank One Checking account - value scheduled at 0 | | | | | |
| 4. Household Goods & Furnishings | 100.00 | 0.00 | | 0.00 | FA |
| household goods including bed, couch, sofa, tv, vcr, stereo | | | | | |
| 5. Books and Art Objects | 50.00 | 0.00 | | 0.00 | FA |
| misc books, ce's pictures and family heirlooms | | | | | |
| 6. Wearing Apparel | 100.00 | 0.00 | | 0.00 | FA |
| used personal clothes | | | | | |
| 7. Jewelry | 100.00 | 0.00 | | 0.00 | FA |
| misc. costume jewelry no single piece valued over $500 | | | | | |
| 8. Insurance Policies | 0.00 | 0.00 | | 0.00 | FA |
| term life insurance - no cash value | | | | | |
| 9. Annuities | 3,000.00 | Unknown | | 0.00 | FA |
| annuities - employer provided pension plan 100% exempt | | | | | |
| 10. Post-Petition Interest Deposits (u) | Unknown | N/A | | 63.84 | Unknown |

                                                                                                          Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)              $   6,300.00        $    0.00              $  13,368.72            $0.00
                                                                                                          (Total Dollar Amount in Column 6)

LFORM1                                                                                                                Ver: 12.01a

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

| | | |
|---|---|---|
| Case No: | 05-63291  SPS  Judge: Susan Pierson Sonderby | Trustee Name: Joseph A. Baldi, Trustee |
| Case Name: | SCOTT, JOAN M | Date Filed (f) or Converted (c): 11/02/05 (f) |
| | | 341(a) Meeting Date: 01/23/06 |
| | | Claims Bar Date: 06/20/06 |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee examined Debtor and discovered unscheduled interest in residence. Debtor uncooperative in resolving estate's claim. Failed to timely amend schedules and filed motion to convert to ch. 13 which was never presented. TR was required to extend time to object to discharge. Finally reached an agreement with Debtor that she will repurchase the estate's interest in the property for $13,000. Trustee will obtain court approval of sale, review claims and close case.

Initial Projected Date of Final Report (TFR): 12/31/07     Current Projected Date of Final Report (TFR): 12/31/07

**Trustee's Final Report**                                                    **Joan M. Scott**
                                                                                                **Case No. 05-63291**

**Form II**

**Estate Cash Receipts and Disbursements Record**

**Exhibit C**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

| Case No: | 05-63291 -SPS | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | SCOTT, JOAN M | Bank Name: | Bank of America, N.A. |
|  |  | Account Number / CD #: | *******0465  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9002 |  |  |
| For Period Ending: | 04/04/07 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 05/18/06 | 1 | FORD MOTOR CREDIT COMPANY<br>P.O. Box 64400<br>Colorado Springs, CO  80962-4400 | Refund of Overpayment | 1229-000 | 304.88 |  | 304.88 |
| 05/22/06 |  | Transfer to Acct #*******0478 | Bank Funds Transfer<br>Transfer funds to pay Debtor's exemption in auto from funds received from Ford Credit | 9999-000 |  | 304.88 | 0.00 |
| 10/02/06 | 2 | JOAN M. SCOTT<br>8942 S. Marshfield Avenue<br>Chicago, IL 60620 | SALE PROCEEDS: REAL PROP<br>Proceeds of sale from Debtor's residence sufficient to pay all claims per agreement with TR. | 1210-000 | 13,000.00 |  | 13,000.00 |
| 10/31/06 | 10 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 9.95 |  | 13,009.95 |
| 11/30/06 | 10 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 10.69 |  | 13,020.64 |
| 12/29/06 | 10 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 11.06 |  | 13,031.70 |
| 01/31/07 | 10 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 11.07 |  | 13,042.77 |
| 02/20/07 |  | Transfer to Acct #*******0478 | Bank Funds Transfer | 9999-000 |  | 10.91 | 13,031.86 |
| 02/28/07 | 10 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 10.00 |  | 13,041.86 |
| 03/30/07 | 10 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 11.07 |  | 13,052.93 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 13,368.72 | 315.79 | 13,052.93 |
| Less:  Bank Transfers/CD's | 0.00 | 315.79 |  |
| Subtotal | 13,368.72 | 0.00 |  |
| Less:  Payments to Debtors |  | 0.00 |  |
| Net | 13,368.72 | 0.00 |  |

|  |  |  |
|---|---|---|
| Page Subtotals | 13,368.72 | 315.79 |

Ver: 12.01a

LFORM24

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 05-63291 -SPS
Case Name: SCOTT, JOAN M

Trustee Name: Joseph A. Baldi, Trustee
Bank Name: Bank of America, N.A.
Account Number / CD #: *******0478 Checking Account (Non-Interest Earn

Taxpayer ID No: *******9002
For Period Ending: 04/04/07

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/22/06 | | Transfer from Acct #*******0465 | Bank Funds Transfer | 9999-000 | 304.88 | | 304.88 |
| 05/22/06 | 001001 | Ms. Joan M. Scott c/o James L. Hardemon Legal Remedies 8527 S. Stony Island Chicago IL 60617 | Transfer funds to pay Debtor's exemption in auto from funds received from Ford Credit Debtor's Exemption Surplus from Ford Credit on Ford Focus | 8100-002 | | 304.88 | 0.00 |
| 02/20/07 | | Transfer from Acct #*******0465 | Bank Funds Transfer | 9999-000 | 10.91 | | 10.91 |
| 02/20/07 | 001002 | International Sureties, Ltd. Suite 500 203 Carondelet Street New Orleans LA 70130 | | 2300-000 | | 10.91 | 0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | 315.79 | 315.79 | 0.00 |
| Less: Bank Transfers/CD's | 315.79 | 0.00 | |
| Subtotal | 0.00 | 315.79 | |
| Less: Payments to Debtors | | 304.88 | |
| Net | 0.00 | 10.91 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - *******0465 | 13,368.72 | 0.00 | 13,052.93 |
| Checking Account (Non-Interest Earn - *******0478 | 0.00 | 10.91 | 0.00 |
| | 13,368.72 | 10.91 | 13,052.93 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 315.79 315.79

Ver: 12.01a

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

| Case No: | 05-63291 -SPS | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | SCOTT, JOAN M | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******0478 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9002 | | |
| For Period Ending: | 04/04/07 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Money Market Account (Interest Earn - ********0465
Checking Account (Non-Interest Earn - ********0478

Page Subtotals  0.00  0.00

Ver: 12.01a

LFORM24

**Trustee's Final Report**  **Joan M. Scott**
**Case No. 05-63291**

**Proposed Distribution Report**

**Exhibit D**

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| JOAN M. SCOTT, | ) | Case No. 05-63291 |
| | ) | |
| Debtor. | ) | Hon. Susan Pierson Sonderby |

**Proposed Distribution Report**

I, Joseph A. Baldi, Trustee, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $7,028.73 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $5,780.69 |
| Interest (726(a)(5)): | $243.51 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $13,052.93 |

**EXHIBIT D**

**REPORT OF DISTRIBUTION - CONT'D**

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $0.00 | 0.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Joseph A. Baldi, Trustee<br>*Trustee Compensation* | $2,056.40 | $2,056.40 |
| | Joseph A. Baldi & Associates, P.C.<br>*Attorney for Trustee Fees (Tr. Firm)* | $4,951.00 | $4,951.00 |
| | Joseph A. Baldi & Associates, P.C.<br>*Attorney for Trustee Expenses (Tr. Firm)* | $21.33 | $21.33 |
| | **CLASS TOTALS** | **$7,028.73** | **$7,028.73** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(1) - Domestic Support Obligations | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Wages, salaries or commissions limited to $10,000.00 | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) – Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 0.00 | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) – Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(10) - Death & Personal Injury Claims for DUI | $ 0.00 | 0.00 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims to be paid *pro rata* after costs of administration and priority claims are paid in full | $ 5,780.69 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 00000002 | MBNA, Truelogic Financial Corp *General Unsecured Claims* | $5,612.88 | $5,612.88 |
| 00000003 | Citibank USA NA *General Unsecured Claims* | $167.81 | $167.81 |
| | **CLASS TOTALS** | **$5,780.69** | **$5,780.69** |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 420.69[1] | 57.88% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 00000003 | Citibank USA NA *General Unsecured Claims* | $12.21 | $7.07 |
| 00000002 | MBNA, Truelogic Financial Corp *General Unsecured Claims* | $408.48 | $236.44 |
| | **CLASS TOTALS** | **$420.69** | **$243.51** |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) – Surplus to Debtor | $ 0.00 | 0.00 |

---

[1] Based upon interest rate of 4.26%

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| S | 00000001 | Ford Motor Credit<br>National Bankruptcy Center<br>PO Box 537901<br>Livonia, MI 48153-7901 | 4,151.11 | WITHDRAWN |
| U | 0000004 | Solutions First Legal Services P.C.<br>1619 S. Michigan Ave., Suite 1A<br>Chicago, IL 60616 | 8,803.57 | WITHDRAWN |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: May 9, 2007                              _____/s/_____
                                                             Joseph A. Baldi, trustee