UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| JOAN M. SCOTT, | ) | Case No. 05-63291 |
| | ) | |
| Debtor. | ) | Hon. Susan Pierson Sonderby |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor, Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 642, Chicago, Illinois

    On: **July 25, 2007**          Time: **10:30 A.M.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---|
    | Receipts | $13,368.72 |
    | Disbursements | $315.79 |
    | Net Cash Available for Distribution | $13,052.93 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|
    | Joseph Baldi *Trustee Compensation* | $0.00 | $2,056.40 | $0.00 |
    | Joseph A. Baldi & Associates *Trustee's Attorneys* | $0.00 | $4,951.00 | $21.33 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows: None.

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to

      general unsecured creditors.  The priority dividend is anticipated to be 0.00%.  Allowed priority claims are:        None.

7. Claims of general unsecured creditors totaling $5,780.69 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 100.00%, plus interest.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 00000001 | Ford Motor Credit | $0.00 | $0.00 |
| 00000002 | BNA Truelogic Financial Corp | $5,612.88 | $5,849.32 |
| 00000003 | Citibank USA NA | $167.81 | $174.88 |
| 00000004 | Solutions First Legal Services P.C. | $0.00 | $0.00 |

      Claim Number 1 of Ford Motor Credit and Claim No. 4 of Solutions First Legal Services, P.C. have been withdrawn by the holders of said claims and will not a distribution payment.

8. Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposes to abandon the following property at the hearing:  None.

      $

Dated: **June 21, 2007**          For the Court,

By:   **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, Illinois  60604

Trustee:    Joseph A. Baldi
Address:    Suite 1500
            19 South LaSalle Street
            Chicago, IL  60603
Phone No.:  (312) 726-8150

# CERTIFICATE OF SERVICE

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

```
District/off: 0752-1            User: amcc7                 Page 1 of 1            Date Rcvd: Jun 21, 2007
Case: 05-63291                  Form ID: pdf002             Total Served: 20

The following entities were served by first class mail on Jun 23, 2007.
db         +Joan M Scott,   8942 S. Marshfield,   Chicago, IL 60620-4954
aty        +Christopher H Purcell,   Sherman & Sherman,   120 S LaSalle St,   Suite 1460,
             Chicago, IL 60603-3575
aty        +Elizabeth C Berg,   Joseph A. Baldi & Associates,   19 S Lasalle Street, , Suite 1500,
             Chicago, IL 60603-1413
aty        +James L Hardemon,   Legal Remedies, Chartered,   8527 S Stony Island,   Chicago, IL 60617-2247
aty        +Joseph A Baldi,   Joseph Baldi & Associates,   19 S Lasalle Street Suite 1500,
             Chicago, IL 60603-1413
tr         +Joseph A Baldi,, Tr,   Joseph Baldi & Associates,   19 S Lasalle Street Suite 1500,
             Chicago, IL 60603-1413
10466374   +Blockbuster,   c/o CPA,   13355 Noel Rd,   Dallas, TX 75240-6602
10466375   +CBUSA SEARS,   P.O. Box 6189,   Sioux Falls, SD 57117-6189
10728875   +Citibank USA NA,   Pob 182149,   Columbus, OH 43218-2149
10466376   +Credit Protection Association,   13355 Noel Rd,   Dallas, TX 75240-6602
10466377    Ford Motor Credit,   National Bankruptcy Center,   PO Box 537901,   Livonia, MI 48153-7901
10466378   +General Services,   8429 Blondo St.,   Omaha, NE 68134-6200
10466379   +HSBC/CARSN,   140 W Industrial Drive,   Elmhurst, IL 60126-1602
10466380   +Key Recovery,   127 Public SQ,   Cleveland, OH 44114-1221
10466381    MBNA,   PO Box 15102,   Wilmington, DE 19886-5102
10698510    MBNA< TrueLogic Financial Corp,   PO Box 4238,   Englewood CO 801554238
10466382    McLeod USA,   P O Box 3243,   Milwaukee, WI 53201-3243
10466383   +Solution First,   100 N. LaSalle,   Chicago, IL 60602-2448
10927834   +Solutions First Legal Services PC,   1619 S Michigan Suite 1A,   Chicago,IL 60616-1209
10466384   +Truelogic Financial Co,   Po Box 4437,   Englewood, CO 80155-4437

The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty         Joseph A Baldi & Associates
10698511*   MBNA, TrueLogic Financial Corp,   PO Box 4238,   Englewood CO 801554238
                                                                                               TOTALS: 1, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jun 23, 2007**            **Signature:** _Joseph Speetjens_