UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Joan Scott, | ) | Hon. Susan Pierson Sonderby |
| | ) | |
| Debtor. | ) | Case No. 05-63291 |

**Trustee's Final Account
and
Application to Close Case and Discharge Trustee**

To:  The Honorable Susan Pierson Sonderby
     United States Bankruptcy Judge

    Final distribution of all monies has been made in accordance with the Orders Awarding Compensation and Expenses and the Trustee's Distribution Report, copies of which are attached hereto as Exhibit A and Exhibit B, respectively.

    All checks have been cashed.  Evidence of all cancelled checks since the filing of the Trustee's Final Report is set forth on the Form 2 Report attached hereto as Exhibit C.  Form 2 also reflects a net total balance of zero for this estate.

    The Trustee certifies that the estate has been fully administered and requests that he be discharged and that the case be closed pursuant to 11 U.S.C. §350.

Dated:  December 11, 2007                                         /s/
                                                                           Joseph A. Baldi, Trustee

# Exhibit A

# Compensation Orders

05-63291:49.1:Application for Compensation:Proposed Order Entered: 6/7/2007 3:17:18 PM by:Joseph Baldi, Page 1 of 1

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Joan M. Scott, | ) | Case No. 05-63291 |
| | ) | |
| Debtor. | ) | Hon. Susan Pierson Sonderby |

**Order Awarding Trustee's Compensation**

THIS MATTER BEING HEARD on the Trustee's First and Final Request for Compensation, notice having been given, and the Court being duly advised:

IT IS HEREBY ORDERED that Joseph A. Baldi, Trustee is allowed as follows:

| | |
|---|---|
| Compensation | $2,056.40 |
| TOTAL | $2,056.40 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowance listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____

ENTERED: _____
UNITED STATES BANKRUPTCY JUDGE

JUL 2 5 2007

05-63291:51.1:Application for Compensation:Proposed Order Entered: 6/7/2007 3:23:49 PM by:Joseph Baldi, Page 1 of 1

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| JOAN M. SCOTT, | ) | Case No. 05-63291 SPS |
| | ) | |
| Debtor. | ) | Hon. Susan Pierson Sonderby |

**Order Awarding Compensation and Expenses**

THIS MATTER BEING HEARD on the First and Final Request for Compensation and Expense Reimbursement from Joseph A. Baldi & Associates, P.C., Attorneys for Trustee, notice having been given, and the Court being duly advised:

IT IS HEREBY ORDERED that Joseph A. Baldi & Associates, P.C. is allowed compensation and expense reimbursement as follows:

1. Compensation     $4,951.00
2. Expenses         $   21.33

   TOTAL            $4,972.33

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____

ENTERED: _____
UNITED STATES BANKRUPTCY JUDGE

JUL 2 5 2007

# Exhibit B

# Distribution Report

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Joan M. Scott, | ) | Case No. 05-63291 |
| | ) | |
| Debtor. | ) | Hon. Susan Pierson Sonderby |

Trustee's Final Distribution Report

I, Joseph A. Baldi, Trustee, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

Summary of Distribution:

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $7,028.73 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims [507(a)(3)-(a)(6)]: | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $5,780.69 |
| Interest [726(a)(5)]: | $284.70 |
| Surplus to Debtor [726(a)(6)]: | $0.00 |
| **Total Amount To Be Distributed:** | **$13,094.12** |

REPORT OF DISTRIBUTION – CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $7,028.73 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
|  | Joseph A. Baldi, Trustee<br>*Trustee Compensation* | $2,056.40 | $2,056.40 |
|  | Joseph A. Baldi & Associates, P.C.<br>*Attorney for Trustee Fees* | $4,951.00 | $4,951.00 |
|  | Joseph A. Baldi & Associates, P.C.<br>*Attorney for Trustee Expenses* | $21.33 | $21.33 |
|  | **CLASS TOTALS** | $7,028.73 | $7,028.73 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(1) – Domestic Support Obligations | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) – Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) – Wages, salaries or commissions limited to $10,000.00 | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) – Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) – Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) – Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) – Secured Tax Lien Claims | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) – Unsecured Tax Claims excluding fines and penalties | $ 0.00 | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) – Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(10) – Death & Personal Injury Claims for DUI | $ 0.00 | 0.00 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) – General Unsecured Claims to be paid *pro rata* after costs of administration and priority claims are paid in full | $ 5,780.69 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 00000002 | MBNA, Truelogic Financial Corp General Unsecured 726 | $5,612.88 | $5,612.88 |
| 00000003 | Citibank USA, NA General Unsecured 726 | $167.81 | $167.81 |

|  | | |
|---|---:|---:|
| CLASS TOTALS | $5,780.69 | $5,780.69 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §726(a)(3) – Tardily filed unsecured claims | $ 0.00 | 0.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---:|---:|
| 0000004 | Solutions First Legal Services P.C. Tardy General Unsecured | $0.00 | $0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| 726(a)(4) – Fines/penalties | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §726(a)(5) – Interest | $ 5,780.69 | 4.93 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---:|---:|
| 00000003 | Citibank USA, NA General Unsecured Claims | $167.81 | $8.26 |
| 00000002 | MBNA, Truelogic Financial Corp General Unsecured Claims | $5,612.88 | $276.44 |
|  | CLASS TOTALS | $5,780.69 | $284.70 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §726(a)(6) – Surplus to Debtor | $ 0.00 | 0.00 |

| 18. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §506 – Secured Claims | | $ 0.00 | 0.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 00000001 | Ford Motor Credit Real Estate-Consensual Liens | $0.00 | $0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| S | 00000001 | Ford Motor Credit National Bankruptcy Center PO Box 537901 Livonia, MI 48153-7901 | 4,151.11 | WITHDRAWN |
| U | 0000004 | Solutions First Legal Services P.C. 1619 S. Michigan Ave., Suite 1A Chicago, IL 60616 | 8,803.57 | WITHDRAWN |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: July 25, 2007         /s/
                        Joseph A. Baldi

# Exhibit C

# Form 2
# Estate Cash Receipts and Disbursements Record

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-63291 -SPS | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | SCOTT, JOAN M | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******0465 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9002 | | |
| For Period Ending: | 12/11/07 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| C  05/18/06 | | FORD MOTOR CREDIT COMPANY<br>P.O. Box 64400<br>Colorado Springs, CO 80962-4400 | Refund of Overpayment | 1229-000 | 304.88 | | 304.88 |
| 05/18/06 | 1 | Asset Sales Memo: | Automobiles and Other Vehicles $304.88 | | | | 304.88 |
| C t  05/22/06 | | Transfer to Acct #*******0478 | Bank Funds Transfer<br>Transfer funds to pay Debtor's exemption in auto<br>from funds received from Ford Credit | 9999-000 | | 304.88 | 0.00 |
| C  10/02/06 | | JOAN M. SCOTT<br>8942 S. Marshfield Avenue<br>Chicago, IL 60620 | SALE PROCEEDS: REAL PROP | 1210-000 | 13,000.00 | | 13,000.00 |
| 10/02/06 | 2 | Asset Sales Memo: | Real Property $13,000.00<br>Proceeds of sale from Debtor's residence sufficient<br>to pay all claims per agreement with TR. | | | | 13,000.00 |
| C  10/31/06 | 10 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 9.95 | | 13,009.95 |
| C  11/30/06 | 10 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 10.69 | | 13,020.64 |
| C  12/29/06 | 10 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 11.06 | | 13,031.70 |
| C  01/31/07 | 10 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 11.07 | | 13,042.77 |
| C t  02/20/07 | | Transfer to Acct #*******0478 | Bank Funds Transfer | 9999-000 | | 10.91 | 13,031.86 |
| C  02/28/07 | 10 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 10.00 | | 13,041.86 |
| C  03/30/07 | 10 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 11.07 | | 13,052.93 |
| C  04/30/07 | 10 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 10.74 | | 13,063.67 |
| C  05/31/07 | 10 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 11.10 | | 13,074.77 |
| C  06/29/07 | 10 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 10.74 | | 13,085.51 |
| C  07/25/07 | 10 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 8.61 | | 13,094.12 |
| C t  07/25/07 | | Transfer to Acct #*******0478 | Final Posting Transfer<br>Transfer for final distribution. | 9999-000 | | 13,094.12 | 0.00 |

LFORM2T4

Ver: 12.61

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 05-63291 -SPS |
| Case Name: | SCOTT, JOAN M |
| Taxpayer ID No: | *******9002 |
| For Period Ending: | 12/11/07 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******0465  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

\* Reversed
t  Funds Transfer
C  Bank Cleared

| Account *******0465 | | | |
|---|---|---|---|
| | Balance Forward | | 0.00 |
| 4 | Deposits | | 13,304.88 |
| 10 | Interest Postings | | 105.03 |
| | Subtotal | $ | 13,409.91 |
| 0 | Adjustments In | | 0.00 |
| 0 | Transfers In | | 0.00 |
| | Total | $ | 13,409.91 |

| | | |
|---|---|---|
| 0 | Checks | 0.00 |
| 0 | Adjustments Out | 0.00 |
| 3 | Transfers Out | 13,409.91 |
| | Total | $ 13,409.91 |

LFORM2T4

Ver: 12.61

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-63291 -SPS | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | SCOTT, JOAN M | Bank Name: | Bank of America, N.A. |
|  |  | Account Number / CD #: | *******0478 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9002 |  |  |
| For Period Ending: | 12/11/07 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C t 05/22/06 |  | Transfer from Acct #*******0465 | Bank Funds Transfer | 9999-000 | 304.88 |  | 304.88 |
|  |  |  | Transfer funds to pay Debtor's exemption in auto |  |  |  |  |
|  |  |  | from funds received from Ford Credit |  |  |  |  |
| C  05/22/06 | 001001 | Ms. Joan M. Scott | Debtor's Exemption | 8100-002 |  | 304.88 | 0.00 |
|  |  | c/o James L. Hardemon | Surplus from Ford Credit on Ford Focus |  |  |  |  |
|  |  | Legal Remedies |  |  |  |  |  |
|  |  | 8527 S. Stony Island |  |  |  |  |  |
|  |  | Chicago IL 60617 |  |  |  |  |  |
| C t 02/20/07 |  | Transfer from Acct #*******0465 | Bank Funds Transfer | 9999-000 | 10.91 |  | 10.91 |
| C  02/20/07 | 001002 | International Sureties, Ltd. |  | 2300-000 |  | 10.91 | 0.00 |
|  |  | Suite 500 |  |  |  |  |  |
|  |  | 203 Carondelet Street |  |  |  |  |  |
|  |  | New Orleans LA 70130 |  |  |  |  |  |
| C t 07/25/07 |  | Transfer from Acct #*******0465 | Transfer In From MMA Account | 9999-000 | 13,094.12 |  | 13,094.12 |
|  |  |  | Transfer for final distribution. |  |  |  |  |
| C  08/13/07 | 001003 | JOSEPH A. BALDI , as Trustee |  | 2100-000 |  | 2,056.40 | 11,037.72 |
|  |  | Joseph A. Baldi & Associates |  |  |  |  |  |
|  |  | 19 S. LaSalle Street |  |  |  |  |  |
|  |  | Suite 1500 |  |  |  |  |  |
|  |  | Chicago, Illinois 60603 |  |  |  |  |  |
| C  08/13/07 | 001004 | Joseph A. Baldi & Associates, P.C. |  | 3110-000 |  | 4,951.00 | 6,086.72 |
|  |  | 19 S. LaSalle St. #1500 |  |  |  |  |  |
|  |  | Chicago IL 60603 |  |  |  |  |  |
| C  08/13/07 | 001005 | Joseph A. Baldi & Associates, P.C. |  | 3120-000 |  | 21.33 | 6,065.39 |
|  |  | 19 S. LaSalle St. #1500 |  |  |  |  |  |
|  |  | Chicago IL 60603 |  |  |  |  |  |
| C  08/13/07 | 001006 | MBNA, TrueLogic Financial Corp | Claim 00000002, Payment 104.93% |  |  | 5,889.32 | 176.07 |
|  |  | PO Box 4238 |  |  |  |  |  |
|  |  | Englewood CO 801554238 |  |  |  |  |  |
|  |  |  | Claim      5,612.88 | 7100-000 |  |  | 176.07 |
|  |  |  | Interest      276.44 | 7990-000 |  |  | 176.07 |
| C  08/13/07 | 001007 | Citibank USA NA | Claim 00000003, Payment 104.92% |  |  | 176.07 | 0.00 |

LFORM2T4

Ver: 12.61

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

| Case No: | 05-63291 -SPS | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | SCOTT, JOAN M | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******0478 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9002 | | |
| For Period Ending: | 12/11/07 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Pob 182149 Columbus, OH 43218 | Claim       167.81 | 7100-000 | | | 0.00 |
| | | | Interest       8.26 | 7990-000 | | | 0.00 |

* Reversed
t Funds Transfer
C Bank Cleared

| Account *******0478 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 0 | Deposits | 0.00 | 7 | Checks | 13,409.91 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | | |
| | | | | Total | $ 13,409.91 |
| 0 | Adjustments In | 0.00 | | | |
| 3 | Transfers In | 13,409.91 | | | |
| | Total | $ 13,409.91 | | | |

| Report Totals | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 4 | Deposits | 13,304.88 | 11 | Checks | 13,409.91 |
| 10 | Interest Postings | 105.03 | 0 | Adjustments Out | 0.00 |
| | | | 3 | Transfers Out | 13,409.91 |
| | Subtotal | $ 13,409.91 | | | |
| | | | | Total | $ 26,819.82 |
| 0 | Adjustments In | 0.00 | | | |
| 3 | Transfers In | 13,409.91 | | | |
| | Total | $ 26,819.82 | | Net Total Balance | $ 0.00 |

LFORM2T4

Ver: 12.61